| PROB 22<br>(Rev. 04/24) | DOCKET NUMBER *(Tran. Court)*<br>4:24CR00134-001 JST |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-0085 DJC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of California | DIVISION<br>Oakland |
|---|---|---|

Michael Morgan

**FILED**

May 22, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Stockton, California

| NAME OF SENTENCING JUDGE<br>The Honorable Jon S. Tigar, United States District Judge | | |
|---|---|---|
| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>08/09/24 | TO<br>08/08/27 |

OFFENSE
Mail Theft 18 U.S.C. § 1708

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Morgan has family ties in the Eastern District of California and plans to remain in that jurisdiction for the duration of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Northern      DISTRICT OF      California

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the      Eastern District of California      upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      EASTERN      DISTRICT OF      CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 22, 2026
*Effective Date*

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Prepared by: ME